UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 17-201 |
| LILBEAR GEORGE, ET AL. | SECTION I |

### AMENDED SCHEDULING ORDER

Considering the joint motion[1] to enter the proposed amended scheduling order,

**IT IS ORDERED** that the motion is **GRANTED**.

In light of the new trial date, January 28, 2019, the Court hereby sets the following guidelines and deadlines:

### DISCOVERY

Informal letter discovery/reciprocal discovery will be conducted in accordance with Rule 16 of the Federal Rules of Criminal Procedure and Local Criminal Rule 12 and will be completed by July 1, 2018. Any motions to compel discovery must be filed no later than July 31, 2018.

The government and the defendants recognize that the parties will continue to investigate this matter beyond the July 1, 2018 discovery deadline, and all parties agree to turn over any additional discovery materials in a timely fashion.

---

[1] R. Doc. No. 143.

## BRADY MATERIAL

The government is aware of its continuing obligation to produce exculpatory and other impeachment material under *Brady v. Maryland* and its progeny and will discharge this obligation. Materials discoverable under *Brady*, to the extent they exist, will be provided during the Rule 16 discovery phase of this proceeding set forth above.

## JENCKS ACT AND *GIGLIO* MATERIALS

Materials to which the defendant and the government are entitled under the Jencks Act (18 U.S.C. § 3500) and *United States v. Giglio* will be provided by two weeks in advance of trial in an effort to avoid any delay in trial. However, Jencks and *Giglio* materials that involve witness security issues may be provided the Wednesday before trial at 9:00 A.M.

## PRE-TRIAL MOTIONS

All pre-trial evidentiary motions, including but not limited to motions for a bill of particulars, motions to dismiss, motions to suppress, motions to sever, and motions to strike, shall be filed by October 26, 2018 (except as to motions pertaining to documents or notices provided after October 26, 2018). All oppositions shall be filed by November 9, 2018. The Court will hear any such motions on November 22, 2018 at 2:00 P.M.

## MOTIONS RELATED TO THE DEATH PENALTY

Should the government authorize the death penalty against any defendant, any motions related to death penalty matters or the government's notice of intent to

seek the death penalty shall be filed within 45 days of the government's notice of authorization. No such motions will be filed before a determination to seek the death penalty is made against a defendant. A hearing date for any such motions will be set at a later date.

## MOTIONS IN LIMINE

All motions in *limine* shall be filed 45 days before trial, with all oppositions due five working days afterwards.

## NOTICE OF THE UNITED STATES' INTENT TO ADMIT EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS IN ACCORDANCE WITH RULE 404(b) OF THE FEDERAL RULES OF EVIDENCE

The government will file any notice of its intent to utilize evidence of other crimes, wrongs, or acts no later than sixty days prior to trial.

## STIPULATIONS

To facilitate judicial economy, where authenticity and technical predicates are not at issue, the government will submit a proposed stipulation relating to the authenticity of its evidence no later than 30 days before trial. The stipulations will encompass the authenticity of recorded audio/video tapes and business/public records. The defendants will review the proposed stipulations and propose any changes 20 days before trial, with agreement on the final stipulations to be completed no later than 15 days before trial. The government will likewise act accordingly with any stipulations proposed by the defense.

## JURY QUESTIONNAIRE

The government and the defendants shall submit a joint jury questionnaire by November 26, 2018. The Court may permit additional questions to be supplemented to the jury questionnaire at a later date for good cause. Any objections to the jury questionnaire shall be outlined and included with the joint jury questionnaire.

New Orleans, Louisiana, July 9, 2018.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**