MINUTE ENTRY
AFRICK, J.
June 5, 2019
JS-10 00:30

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | No. 17-201 |
| LILBEAR GEORGE, ET AL. | SECTION I |

### ORDER

A status conference was held on this date, with counsel participating on behalf of all parties. The Court and counsel discussed the pending motion[1] to record all proceedings filed by defendants Lilbear George and Chukwudi Ofomata.

As discussed during the conference,

**IT IS ORDERED** that counsel for Lilbear George and Chukwudi Ofomata shall advise the Court of their positions regarding the motion no later than **JUNE 12, 2019.**

New Orleans, Louisiana, June 5, 2019.

                                                                                     _____
                                                                                     LANCE M. AFRICK
                                                                                     UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 329.